FILOMENA MIGLIACCIO, ADMINISTRATRIX AD PROSE-QUENDUM, ETC., APPELLANT, v. PUBLIC SERVICE RAILWAY COMPANY, RESPONDENT.

Argued May 19, 1932—Decided October 17, 1932.

For the appellant, *Feinberg & Feinberg*.

For the respondent, *Henry H. Fryling*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BO-DINE, DONGES, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.